United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO,
and DOES 1 through 50,

    Defendants.
                               /

No. C 14-05083 WHA

**ORDER REFERRING CASE TO EARLY NEUTRAL EVALUATION**

      The parties filed a stipulation selecting early neutral evaluation (Dkt. No. 21). The case management order then inadvertently referred the parties to a magistrate judge for early neutral evaluation. Pursuant to the parties' stipulation, this action is hereby referred to the **ADR UNIT** for **EARLY NEUTRAL EVALUATION**. The deadline for the ADR session is **JUNE 29, 2015**. Magistrate Judge Kandis Westmore need not set up any settlement conference with the parties in this action.

      **IT IS SO ORDERED.**

Dated: March 16, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE