United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO and DOES 1-10,

    Defendants.

No. C 14-05083 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

    Defendant filed a discovery letter on June 2. Accordingly, the Court sets a **THREE-HOUR MEET-AND-CONFER** in the Court's jury room starting from **10:00 A.M. TO 1:30 P.M. (WITH THIRTY MINUTES FOR LUNCH AT NOON) ON WEDNESDAY, JUNE 17, 2015**. At **1:30 P.M.**, the Court shall hold a hearing to resolve any remaining issues. Please buzz chambers at **10:00 A.M.** to be let into the Court's jury room. Plaintiff's response is due by **NOON ON MONDAY, JUNE 8**, and should **NOT EXCEED THREE PAGES**.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: June 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE