United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO
and DOES 1–10,

    Defendants.
                           /

No. C 14-05083 WHA

**ORDER RE DEFENDANT'S DISCOVERY DISPUTE AND SETTING NEW HEARING**

Counsel for both sides were ordered to appear at 10:00 a.m. this morning for a meet-and-confer in the Court's jury room on a discovery/disclosure issue raised by defendant to be followed by a hearing if needed at 1:30 p.m. See Docket No. 28. This order was posted on June 4. Defense counsel appeared on time. Plaintiff's counsel did not appear. Efforts were then made to track down plaintiff's counsel to no avail. Defense counsel advised the Court that only yesterday Attorney Stanley Goff (plaintiff's counsel) had said that he would see him "tomorrow." So it would appear that Attorney Goff was aware of the discovery conference today.

When Attorney Goff did not appear, the Court sent defense counsel home. Thereafter, at 11:48 p.m., an email came in from Attorney Goff to the deputy clerk claiming that there had been a computer error in the calendar system and that he had not been aware that he had to be in Court at 10:00 a.m. Even if this is true, the burden of this error should fall upon plaintiff's counsel, not defense counsel. The Court estimates the time wasted by defense counsel at $400.

Attorney Goff (not his client) shall pay $400 directly to defense counsel and to do so before the next hearing which is now set for **FRIDAY, JUNE 19, FROM 10:00 A.M.–1:00 P.M.** for the meet-and-confer in the Court's jury room, and a hearing at **1:00 P.M.** (if needed).

**IT IS SO ORDERED.**

Dated: June 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2