United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO,
and DOES 1 through 50,

    Defendants.

No. C 14-05083 WHA

**ORDER RESETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

    The three-hour meet-and-confer is **CONTINUED** to **JULY 7, STARTING AT 10:00 A.M. AND CONTINUING TO 1:30 P.M. (WITH THIRTY MINUTES AT NOON FOR LUNCH) ON TUESDAY, JULY 7**, in the Court's jury room. The discovery hearing, if needed, is set for **1:30 P.M.** Please buzz chambers to be let into the Court's jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    There will be no further continuances.

    **IT IS SO ORDERED.**

Dated: June 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE