IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO, and DOES 1 through 50,

    Defendants.

No. C 14-05083 WHA

**ORDER TO SHOW CAUSE**

    On June 2, 2015, defendant filed a letter outlining its discovery dispute with plaintiff. The Court set a three-hour meet-and-confer and hearing for June 17, at 10:00 a.m. Plaintiff's counsel did not appear. The Court set a second three-hour meet-and-confer and hearing for July 7 at 10:00 a.m. and hearing for 1:30 p.m. Plaintiff called to ask that it be moved back to 10:30 a.m. to accommodate him, which request the Court complied with. At 12:30 p.m., counsel advised the Court's staff that they had reached an agreement and would file a stipulation promptly.

    The Court was advised at 3:30 p.m. on July 8 that plaintiff no longer agrees to the terms.

    The Court hereby issues an **ORDER TO SHOW CAUSE** why it should not order plaintiff to honor its agreement or to grant defendant's request to compel plaintiff to amend its initial disclosures, provide cogent responses to defendant's first set of interrogatories, and to provide compliant responses to defendant's first set of request for production of documents.

Attorney Stanley Goff is **HEREBY ORDERED TO APPEAR** on **JULY 13, 2015, AT 1:45 P.M.**, in Courtroom No. 9, United States District Court, at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: July 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2