ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
RECOLOGY SAN FRANCISCO


STANLEY GOFF,  Bar No. 289564
scraiggoff@aol.com
LAW OFFICES OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, California  94103
Telephone:   415.571.9570
Facsimile:   415.864.3389

Attorneys for Plaintiff
DARYLE WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYLE WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>RECOLOGY SAN FRANCISCO and DOES 1 through 50,<br><br>    Defendants. | Case No.  3:14-cv-05083-WHA<br>Order re<br>**JOINT STIPULATION MEMORIALIZING AGREEMENT REGARDING DEFENDANT'S DISCOVERY DISPUTE PURSUANT TO COURT'S ORDER FOLLOWING DISCOVERY HEARING** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NO. 3:14-CV-05083-WHA

Order re
JOINT STIPULATION
RE DISCOVERY DISPUTE

Pursuant to the Court's Ordered Hearing on Defendant's Discovery Dispute [Dkt #32], the Parties met and conferred in the Judge's Jury Room on July 7, 2015. The Parties reached a resolution of their discovery dispute. The Parties memorialized this resolution in an agreement they drafted, reviewed, revised, and signed in the Judge's Jury Room at approximately 1 p.m. that same afternoon. Later that same afternoon, Plaintiff alerted Defendant via electronic mail that Plaintiff no longer agreed to the negotiated stipulation as, upon further reflection, Plaintiff did not believe it adequately protected Plaintiff's interests.

The Parties worked to resolve their disagreement late into the evening of July 7th. At approximately 5 p.m. on July 8, 2015, the Parties reached the following stipulation.

**STIPULATION**

The Parties jointly stipulate to dismiss the discovery dispute and any hearing on same as part of the joint stipulation as further described below, though Defendant reserves its right to seek to reschedule the hearing if Plaintiff fails to timely and meaningfully adhere to the terms of this stipulation.

1. AMENDED DISCOVERY RESPONSES

By 5:00 p.m., on Tuesday August 4, 2015 (the "deadline"), Plaintiff will provide Defendant with amended responses to Defendant's Interrogatories (Set 1) and Defendant's Requests For Production of Documents (Set 1). Specifically, Plaintiff will respond to all questions to which he has not responded and resolve incongruities and inconsistencies among his previous responses and document production.

Plaintiff's amended responses will fully comply with the Court's "Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup" (the "Order"). By way of example, Plaintiff will disclose the locations searched for all documents in compliance with the Order. Plaintiff will further reproduce all non-bate stamped documents in a bate-stamped format in accordance with the Order. Plaintiff's amended responses and supplemental production will cover and include all electronically stored information accessible to him including social media such as Facebook and personal email accounts to the extent not previously disclosed and/or produced.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NO. 3:14-CV-05083-WHA                    1.

Order re
JOINT STIPULATION
RE DISCOVERY DISPUTE

Plaintiff agrees that, subject to an order by this Court, his failure to comply with this section by the deadline will subject him to appropriate sanctions, including any of the orders listed in FRCP 37(b)(2)(A)(i)—(vi).

Plaintiff agrees he has waived all objections by failing to provide timely responses to Defendant's written discovery requests.

2. <u>INITIAL DISCLOSURES</u>

Plaintiff did not provide initial disclosures to Defendant until, approximately, April 28, 2015 (well after the Court's March 31, 2015 deadline [*see* Dkt #23]).

In accordance with FRCP 37(c)(1), Plaintiff agrees that for any witness not identified by name in Section 1 of his initial disclosures ("Individuals Associated With Plaintiff as Witnesses"), Plaintiff will not be allowed to use any unidentified witness to supply evidence on a motion, at a hearing, or at a trial.

In further accordance with FRCP 37(c)(1), Plaintiff agrees that for any information not provided in Section 2 or 3 of his initial disclosures ("Categories and Locations of Documents"), ("Computation of Damages"), Plaintiff will not be allowed to use any unidentified or undisclosed information to supply evidence on a motion, at a hearing, or at a trial.

No terms agreed upon in this section shall be construed or interpreted as to prevent any Party from filing supplemental disclosures in the event that new information and or new witnesses are discovered pursuant to FRCP 26. For purposes of the foregoing sentence, "new" refers information or witnesses that were not and could not have been discovered by the Party that would amend its disclosures prior to the filing of this stipulation.

Further, no terms agreed upon in this section shall be construed or interpreted in a manner that conflicts with any existing federal law.

3. <u>TIMELINESS</u>

Plaintiff (individually, or as represented by his counsel) acknowledges that he has had issues meeting deadlines including the failure to timely comply with past court orders (regarding deadlines for initial disclosures and deadlines to respond to discovery briefing), failure to timely respond to written discovery, and failure to timely appear for hearings or examinations (the first day

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NO. 3:14-CV-05083-WHA                   2.                   Order re JOINT STIPULATION RE DISCOVERY DISPUTE

of his deposition, the second day of his deposition, the early neutral evaluation, and a previously scheduled discovery hearing).

Plaintiff agrees that he (both he and his counsel) will break his habit of tardiness and will timely meet all prospective deadlines or obligations related to this lawsuit under pain of sanction provided that no such sanctions shall be issued unless Plaintiff has an opportunity to explain any extenuating circumstances that might have caused any delay, and then, subject to the order of this Court.

4. RESERVATION OF RIGHTS BY THE PARTIES

Nothing stated herein is intended to limit in any way either Party's right to seek full legal recourse as permitted by applicable law, including the orders of this Court.

**IT IS SO STIPULATED.**

Dated: July 8, 2015

/s/ Stanley Goff
STANLEY GOFF
LAW OFFICES OF STANLEY GOFF
Attorneys for Plaintiff
DARYLE WASHINGTON

Dated: July 8, 2015

/s/ Aurelio Pérez
ROD M. FLIEGEL
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RECOLOGY SAN FRANCISCO

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NO. 3:14-CV-05083-WHA                    3.                    Order re JOINT STIPULATION RE DISCOVERY DISPUTE

Dated: July 9, 2015

/s/ Aurelio Pérez
AURELIO J. PÉREZ

**IT IS SO ORDERED.**

Dated: _July 9_, 2015

_____
THE HONORABLE WILLIAM ALSUP

Firmwide:134559961.5 016440.2636

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NO. 3:14-CV-05083-WHA    4.    Order re JOINT STIPULATION RE DISCOVERY DISPUTE