IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

    v.

RECOLOGY SAN FRANCISCO and
DOES 1 through 50,

    Defendants.

No. C 14-05083 WHA

**ORDER VACATING ORDER
TO SHOW CAUSE**

In light of the joint stipulation regarding defendant's discovery dispute, this order **VACATES** the order to show cause, set for hearing on July 13, at 1:45 p.m. (Dkt. No. 34).

**IT IS SO ORDERED.**

Dated: July 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE