1  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
2  AURELIO J. PÉREZ, Bar No. 282135
   aperez@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California  94108.2693
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490

6  Attorneys for Defendant
   RECOLOGY SAN FRANCISCO
7

8  STANLEY GOFF,  Bar No. 289564
   scraiggoff@aol.com
9  LAW OFFICES OF STANLEY GOFF
   15 Boardman Place Suite 2
10 San Francisco, California  94103
   Telephone:    415.571.9570
11 Facsimile:    415.864.3389

12 Attorneys for Plaintiff
   DARYLE WASHINGTON
13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                      SAN FRANCISCO DIVISION
17

18 DARYLE WASHINGTON,                    Case No.  3:14-cv-05083-WHA

19                 Plaintiff,            **STIPULATION AND [PROPOSED]**
                                         **ORDER FOR INDEPENDENT MEDICAL**
20        v.                             **EXAMINATION**

21 RECOLOGY SAN FRANCISCO and            **[FED. R. CIV. P. 35]**
   DOES 1 through 50,
22                                        **TRIAL DATE: MARCH 14, 2016**
                  Defendants.
23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Case No.  3:14-cv-05083-WHA

STIPULATION AND [PROPOSED] ORDER FOR INDEPENDENT MEDICAL EXAMINATION

## STIPULATION

On October 23, 2015, the parties, through their attorneys, entered into a Stipulation for Independent Medical Examination (Ex. A).

On October 28, 2015, the parties, through their attorneys, agreed to the following schedule in connection therewith:

| Doctor | Contact Information | Date/Start-time | Duration |
|---|---|---|---|
| Dr. William Hooker, Ph.D. | 350 Parnassus Ave Ste 309 San Francisco, CA 94117 415.665.1875 | November 16, starting at 10:00 a.m. sharp | 3-4 hours |
| | | | |
| Dr. Stuart M. Pickel, M.D. | St. Francis Memorial Hospital Medical Office Building 909 Hyde St San Francisco, CA 94109 415.928.3277 | November 12, starting at 9:00 a.m. sharp (since most of the day is needed) | Most of the day, with a break for lunch |
| | | | |

Based on the foregoing, and to help ensure a clear understand between the parties, the parties jointly request that the Court enter an order confirming the dates set forth above and directing Plaintiff to appear for examination on those dates at the specified times.

IT IS SO STIPULATED.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  October  30, 2015

/s/ROD M. FLIEGEL
ROD M. FLIEGEL
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RECOLOGY SAN FRANCISCO

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.

Case No.  3:14-cv-05083-WHA

1   Dated: October 30, 2015

2

3                                           /s/STANLEY GOFF
                                            STANLEY GOFF
4                                           LAW OFFICES OF STANLEY GOFF
                                            Attorneys for Plaintiff
5                                           DARYLE WASHINGTON

6
        **IT IS SO ORDERED**
7

8   Dated:  November 4    , 2015            _____
                                            THE HONORABLE WILLIAM ALSUP
9

10    Firmwide:136657513.1 016440.2636

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

                                    2.                    Case No.  3:14-cv-05083-WHA

                        STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION