United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYLE WASHINGTON, | No. C 14-05083 WHA |
| Plaintiff, | |
| v. | |
| RECOLOGY SAN FRANCISCO, | **ORDER SETTING DISCOVERY HEARING** |
| Defendant. | |

Defendant has filed a discovery letter (Dkt. No. 44). The Court sets a **TWO-HOUR MEET-AND-CONFER** in the Court's jury room from **9:00 A.M. TO 11:00 A.M.** on **TUESDAY, NOVEMBER 24**. At **11:00 A.M.** the Court shall hold a hearing to resolve any remaining issues. Please buzz chambers at **9:00 A.M.** to be let into the Court's jury room. Plaintiff's response is due by **NOON ON FRIDAY, NOVEMBER 20**.

Please note that only lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE