IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO and
DOES 1–50,

    Defendants.

No. C 14-05083 WHA

**ORDER RE
DISCOVERY HEARING**

Defendant has filed a discovery letter.  The Court scheduled a **TWO-HOUR MEET-AND-CONFER** in the Court's jury room from **9:00 A.M. TO 11:00 A.M.** and a hearing at **11:00 A.M.** on **TUESDAY, NOVEMBER 24**.  Plaintiff's deadline to respond was **FRIDAY, NOVEMBER 20 AT NOON**.  Six hours after that deadline, plaintiff filed a response and asked to continue the hearing to December 1 because plaintiff's counsel have a hearing on a motion for summary judgment at 9:00 a.m., expected to end at 9:30 a.m., and a case management conference at 1:30 p.m.  Counsel have not indicated where the 9:00 hearing is, but the 1:30 hearing is in this district.

The parties shall **MEET-AND-CONFER FOR ONE-AND-ONE-HALF HOURS** from **10:15 A.M. TO 11:45 A.M. ON TUESDAY, NOVEMBER 24**.  The Court will hear any remaining issues at **11:45 A.M.**

**IT IS SO ORDERED.**

Dated: November 23, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE