IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

  v.

RECOLOGY SAN FRANCISCO,

    Defendant.

No. C 14-05083 WHA

**ORDER AFTER HEARING ON DISCOVERY DISPUTE**

After a hearing on defendant Recology San Francisco's discovery letter, plaintiff Daryle Washington is hereby ordered to appear for a deposition on **DECEMBER 1 AT 9:00 A.M.** at the offices of defense counsel. The deposition shall last **TWO-AND-ONE-HALF HOURS** including break time **NOT TO EXCEED FIFTEEN MINUTES**.

**IT IS SO ORDERED.**

Dated: November 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE