**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DARYLE WASHINGTON,                       No. C 14-05083 WHA

11           Plaintiff,

12      v.

13   RECOLOGY SAN FRANCISCO, and       **ORDER CONTINUING**
     DOES 1 through 50,                **HEARING ON MOTION FOR**
14                                      **SUMMARY JUDGMENT**

15           Defendants.
                                    /
16

17          The hearing on defendant's motion for summary judgment was continued from

18   December 3 to December 10 (Dkt. No. 51).  Lead defense counsel cannot appear on December

19   10 due to a previously-scheduled full-day audit for another client.  Accordingly, defendant

20   requests a continuance of the summary judgment hearing.  The Clerk left a message with

21   plaintiff's counsel to confirm whether they could attend a hearing on December 17 but received

22   no answer.  The hearing on defendant's motion for summary judgment is hereby **CONTINUED**

23   **TO DECEMBER 17 AT 2:00 P.M.**

24

25          **IT IS SO ORDERED.**

26

27   Dated:   December 1, 2015.                    _____
                                                   WILLIAM ALSUP
28                                                 UNITED STATES DISTRICT JUDGE