IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO,
and DOES 1 through 50,

    Defendants.
                          /

No. C 14-05083 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

Pursuant to defendant's letter of January 21, 2016, the Court **SETS** a three-hour meet-and-confer for **THURSDAY, JANUARY 28, 2015, STARTING FROM 10:30 A.M. AND CONTINUING TO 1:30 P.M.** in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At 1:30 p.m., the Court shall hear any remaining discovery issue(s) in Courtroom No. 8. Plaintiff's response is due by 9:00 a.m., Wednesday, January 27.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 25, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE