IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO, and DOES 1 through 50,

    Defendants.

No. C 14-05083 WHA

**ORDER VACATING JANUARY 28 DISCOVERY HEARING AND SETTING NEW DISCOVERY HEARING**

Pursuant to defendant's letter of January 26 with a further discovery dispute, the Court **VACATES** the meet-and-confer and hearing set for January 28 and **SETS** a four-hour meet-and-confer in the Court's jury room starting from **7:30 A.M. AND CONTINUING TO 11:30 A.M. ON TUESDAY, FEBRUARY 2, 2016**, to hear all disputes. At 11:30 a.m., the Court shall hear any remaining issue(s) in Courtroom 8. Plaintiff's response is due to noon on Friday, January 29.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 27, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE