IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO, and DOES 1 through 50,

    Defendants.

No. C 14-05083 WHA

**ORDER RESOLVING DEFENDANT'S DISCOVERY LETTERS**

On February 2, the Court held a hearing regarding defendant's discovery letters (Dkt. Nos. 58, 62). The parties averred that they had resolved their dispute and read a stipulation into the record. As stated at the hearing, the parties' stipulation is **APPROVED**. Any private mediation must be completed by **FEBRUARY 29**.

**IT IS SO ORDERED.**

Dated: February 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE