**United States District Court**
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   DARYLE WASHINGTON,
11          Plaintiff,                          No. C 14-05083 WHA
12     v.
13   RECOLOGY SAN FRANCISCO, and          **ORDER REFERRING CASE TO**
     DOES 1 through 50,                   **MAGISTRATE JUDGE FOR**
14                                        **MEDIATION**
          Defendants.
15   _____/
16
17          This case is hereby **REFERRED** to Judge Joseph C. Spero for mediation.
18
19       **IT IS SO ORDERED.**
20
21   Dated:    February 3, 2016.
                                         _____
22                                       WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28