IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO, and DOES 1 through 50,

    Defendants.

No. C 14-05083 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

The Court hereby **SETS** a hearing for **TUESDAY, MARCH 1, 2016, AT 9:00 A.M.**, in Courtroom 8 on the nineteenth floor of the San Francisco federal courthouse pursuant to defendant's discovery dispute outlined in its letter of February 16. Plaintiff's response is due by noon on February 26.

**IT IS SO ORDERED.**

Dated: February 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE