IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARYLE WASHINGTON,

    Plaintiff,

v.

RECOLOGY SAN FRANCISCO,

    Defendant.

No. C 14-05083 WHA

**ORDER REQUIRING PLAINTIFF'S ATTENDANCE AT DISCOVERY HEARING**

    A discovery hearing in the above-captioned matter is scheduled for **MARCH 1 AT 9:00 A.M.** Plaintiff must personally attend the hearing and shall bring all records showing his income from Uber and Lyft.

**IT IS SO ORDERED.**

Dated: February 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE