1  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
2  AURELIO J. PÉREZ, Bar No. 282135
   aperez@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, California  94108.2693
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490

6  Attorneys for Defendant
   RECOLOGY SAN FRANCISCO
7

8  STANLEY GOFF,  Bar No. 289564
   scraiggoff@aol.com
9  LAW OFFICES OF STANLEY GOFF
   15 Boardman Place Suite 2
10 San Francisco, California  94103
   Telephone:   415.571.9570
11 Facsimile:   415.864.3389

12 Attorneys for Plaintiff
   DARYLE WASHINGTON
13

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DARYLE WASHINGTON, | Case No.  3:14-cv-05083-WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| RECOLOGY SAN FRANCISCO and DOES 1 through 50, | [FED. R. CIV. P. 41] |
| Defendants. | TRIAL DATE: MARCH 14, 2016 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Case No.  3:14-cv-05083-WHA

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Daryle Washington and Defendant Recology San Francisco, through their undersigned counsel, hereby agree and stipulate that Plaintiffs Complaint shall be dismissed in its entirety with prejudice, each party to bear its own costs and fees. ~~The Court shall retain jurisdiction over this matter to the extent necessary to enforce the Parties' settlement agreement.~~ The Court shall retain jurisdiction over this matter to the extent necessary to enforce the Parties' settlement agreement for ninety days.

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: February 25, 2016

/s/ROD M. FLIEGEL
ROD M. FLIEGEL
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RECOLOGY SAN FRANCISCO

Dated: February 25, 2016

/s/STANLEY GOFF
STANLEY GOFF
LAW OFFICES OF STANLEY GOFF
Attorneys for Plaintiff
DARYLE WASHINGTON

**IT IS SO ORDERED**

Dated: February 26, 2016

THE HONORABLE WILLIAM ALSUP

Firmwide:138950404.1 016440.2636

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   Case No. 3:14-cv-05083-WHA

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE